LUCENT TECHNOLOGIES, INC., Plaintiff/Counterclaim Defendant–Appellant,

and

Lucent Technologies Guardian I LLC, Counterclaim Defendant,

and

Multimedia Patent Trust, Plaintiff/Counterclaim Defendant,

v.

GATEWAY, INC., Gateway Country Stores LLC, Gateway Companies, Inc., Cowabunga Enterprises, Inc., and Gateway Manufacturing LLC, Defendants/Counterclaimants–Appellees,

and

Dell Inc., Defendant–Appellee,

and

Microsoft Corporation, Defendant/Counterclaimant–Cross Appellant.

Nos. 2007–1546, 2007–1580, 2008–1022.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2007.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

F & G RESEARCH, INC., Plaintiff–Appellant,

v.

ADOMAX TECHNOLOGY COMPANY LIMITED, Defendant.

No. 2007–1219.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2007.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Emma T. CAVAZOS, Claimant–Appellant,

v.

Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7289.

United States Court of Appeals, Federal Circuit.

Dec. 20, 2007.

Emma T. Cavazos, pro se.